UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| Ronnie C. Hedgepeth, Jr., and Shira Hedgepeth,<br><br>    Appellants,<br><br>v.<br><br>Smoky Mountain Country Club Property Owners' Association, Inc., and SMCC Clubhouse, LLC,<br><br>    Appellees. | Case No. 1:21-cv-00051-MR |

### APPELLEES SMOKY MOUNTAIN COUNTRY CLUB PROPERTY OWNERS' ASSOCIATION, INC. AND SMCC CLUBHOUSE, LLC <u>MOTION TO DISMISS APPEAL</u>

Appellees, Smoky Mountain Country Club Property Owners' Association, Inc. ("Debtor") and SMCC Clubhouse, LLC ("SMCC"), hereby move, pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure, to dismiss the appeal filed by Appellants, Ronnie C. Hedgepeth, Jr., and Shira Hedgepeth, from the Order Denying the Motion Requesting Relief from Automatic Stay entered by the Bankruptcy Court on December 2, 2020 (Bankr. Docket No. 394) (the "Second Stay Relief Order"), and the Order Denying Motion to Reconsider, entered by the Bankruptcy Court on February 11, 2021 (Bankr. Docket No. 420) (the "Order Denying Motion to Reconsider"). As described in the Memorandum of Law in Support filed contemporaneously herewith, this Court does not have subject matter jurisdiction to hear this appeal, and, accordingly, the appeal should be dismissed.

WHEREFORE, the Debtor and SMCC respectfully request that this Court enter an Order:

A. Granting the Motion;

B. Dismissing the appeal; and

C. Granting the Debtor and SMCC such other and further relief as the Court deems just and proper.

This the 20th day of April, 2021.

                              RAYBURN COOPER & DURHAM, P.A.

By: /s/ Ross R. Fulton
     John R. Miller, Jr.
     N.C. State Bar No. 28689
     Ross R. Fulton
     N.C. State Bar No. 31538
     Ashley B. Oldfield
     N.C. State Bar No. 56552
     Suite 1200, The Carillon
     227 West Trade Street
     Charlotte, NC 28202
     (704) 334-0891

*Counsel to the Debtor*

/s/ Marshall Cornblum
Marshall Cornblum (*Pro Hac Vice* Pending*)*
P.O. Box 481415
Delray Beach, FL 33448
(510) 847-2964

*Counsel to SMCC Clubhouse, LLC*